056-U15-628?

| DISTRICT COURT, LARIMER COUNTY, COLORADO<br>LARIMER COUNTY JUSTICE CENTER<br>201 LA PORTE AVE., STE 100<br>FORT COLLINS, CO 80521 | FILED IN COMBINED COURT<br>LARIMER COUNTY, COLO.<br>**Court Use Only**<br>JUN 22 2007<br>SHERLYN K. SAMPSON |
|---|---|
| Plaintiff: **HICA EDUCATION LOAN CORPORATION BY AND THROUGH ITS AGENT SALLIE MAE, INC.**<br><br>vs.<br><br>Defendant: **MICHAEL A. LEDONNE, JR** | Case Number:<br>07 CV 347<br><br>Division:<br><br>5C |
| ORDER OF JUDGMENT | |

**UPON** the reading of the Motion for Default Judgment and the attendant Plaintiff's Affidavit of Indebtedness and Status of Defendant, Affidavit of Proper Venue, and Verified Request for Attorney Fees and Costs, and having reviewed the Court's file, and being otherwise advised in the premises, the Court

**DOTH FIND:**

1.  Plaintiff seeks default judgment against the Defendant, MICHAEL A. LEDONNE, JR at this time in reference to the account(s) described in the Complaint and set forth in the Motion for Entry of Default Judgment. A copy of the pertinent contractual documents were attached as Exhibits to the Complaint and/or the Motion for Entry of Default Judgment.

2.  There has been service upon said Defendant; neither the Defendant nor any attorney has filed an Answer or other responsive pleading in this action on behalf of the Defendant; and this Motion for Entry of Default Judgment is filed after the time for filing of an Answer or other responsive pleading has passed pursuant to the Colorado Rules of Civil Procedure.

3.  Venue has been considered and is proper pursuant to Rule 98, Place of Trial, Colorado Rules of Civil Procedure.

4.  Counsel for the Plaintiff has made an adequate reasonable inquiry to determine the military status of the Defendant(s).

**THEREFORE:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the Plaintiff, HICA EDUCATION LOAN CORPORATION BY AND THROUGH ITS AGENT SALLIE MAE, INC., and against the Defendant, MICHAEL A. LEDONNE, JR, as follows:

RECEIVED
OCT 23 2007
6/25/0? BY SMSC BNK/LIT UNIT

CERTIFIED TRUE COPY
Dated 9-13-2007
SHERLYN K. SAMPSON
County & District Court Clerk
Larimer County, Colorado
By _____
Deputy Clerk

A. On the Loan/Student Loan known under account no. 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:

    1. The principal amount of $44,342.56; plus

    2. Interest through June 13, 2007 in the amount of $5,359.19, plus interest thereon at the contract rate of 8.125% per annum until payment in full, plus;

    3. Attorney fees of $750.00.

For a total judgment against the Defendant, **MICHAEL A. LEDONNE, JR, of $50,451.75 plus interest thereon at the contract rate of 8.125% per annum for the total judgment until payment in full is received;** and

    4. Costs to date for the filing fee of $140.99 plus all costs of E-Filing as incurred through LexisNexis, and costs for service of process of $38.60 for a total amount of costs to the date of this Motion in the amount of $179.59 plus all costs of E-Filing.

**DONE** and **SIGNED** this 25th day of June, 2007.

BY THE COURT:

_____
DISTRICT COURT JUDGE